UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DARCIE ANN GODIN,

      Plaintiff,

                                Case No. 25-cv-13737

v.                               Honorable Linda V. Parker

COMMISSIONER OF SOCIAL
SECURITY,

      Defendant.

_____/

## OPINION AND ORDER GRANTING MOTION TO SUBSTITUTE PARTY AND SEALING FILING

On November 21, 2025, Plaintiff Darcie Ann Godin filed this lawsuit challenging Defendant's decision regarding her application for social security benefits.  (ECF No. 1.)  Plaintiff's counsel filed a Suggestion of Death on the Record pursuant to Federal Rule of Civil Procedure 25 on July 2, 2026, indicating that Plaintiff passed away on April 24, 2026.  (ECF No. 13.)  Plaintiff's daughter, Vanessa J. Godin, filed a motion for substitution on July 20, 2026.  (ECF No. 16.)  Ms. Godin represents that Defendant has no objection to her motion.  (*Id*. at PageID.1436.)

Federal Rule of Civil Procedure 25(a)(1) provides that if a party dies and the claim is not thereby extinguished, the court may, on motion, order substitution of the proper parties.  "A motion for substitution may be made by any party or by the

decedent's successor or representative." Fed. R. Civ. P. 25(a)(1).  Rule 25(a)(1) permits a motion for substitution to be made "within 90 days after service of a statement noting the death[.]" *Id.*  Plaintiff's claim was not extinguished upon her death, *see Cunningham v. Astrue*, 360 F. App'x 606, 611 (6th Cir. 2020); 42 U.S.C. § 404(d)(7), and Ms. Godin's motion is timely filed.

Accordingly,

**IT IS ORDERED** that the motion for substitution of party under Federal Rule of Civil Procedure 25(d) (ECF No. 16) is **GRANTED**.

**IT IS FURTHER ORDERED** that Vanessa J. Godin is substituted for Darcie Ann Godin.

**IT IS FURTHER ORDERED** that the death certificate filed as ECF No. 16-1 is **SEALED** as it contains information protected under Federal Rule of Civil Procedure 5.2.

s/ Linda V. Parker
LINDA V. PARKER
U.S. DISTRICT JUDGE

Dated: July 21, 2026

2